| AO-10<br>Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MCDONALD, ALAN A | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>4/15/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR ARTICLE III JUDGE | 5. ReportType (check appropriate type)<br><br>◯ Nomination,   Date<br><br>◯ Initial   ◉ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>P.O. Box 2706<br>YAKIMA, WA 98907-2706 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | OWNER | MARU RANCHES |
| 2. | PARTNER | MARUDO ASSOCIATES |
| 3. | OWNER | MCDONALD RANCH |
| 4. | PARTNER | CHIAWANA ORCHARDS |
| 5. | STOCKHOLDER | CHIAWANA, INC |
| 6. | PARTNER | MPM PARTNERSHIP |
| 7. | PARTNER | M&M RENTALS, A PARTNERSHIP |
| 8. | OWNER | BADGER POCKET ORCHARD |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|------------------------------------|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital Equipment Leases | equipment (Chiawana Orch) Part VII, Line 7 | J |
| 2. | U.S. Bank | operating line (Chiawana Inc) Part VII, Line 8 | M |
| 3. | Misc. Payables | revolving (Chiawana Inc) Part VII, Line 8 | N |
| 4. | Mics. Payables | revolving (Chiawana Orch) Part VII, Line 7 | M |
| 5. | U.S. Bank | Debt (MPM) Part VII, Line 18 | M |
| 6. | Allen/Meyer/McDonald | Notes (Chiawana Orch) Part VII, Line 7 | L |
| 7. | Farm Credit Services | Note/Debt (Chiawana Orch) Part VII, Line 7 | P1 |
| 8. | Farm Credit Services | Term Note (Chiawana inc) part VII, Line 8 | L |
| 9. | U.S. Bank | Operating Line (Chiawana Orch) Part VII, Line 7 | O |
| 10. | W.G. Meyer, Jr. | Note (Chiawana Inc), Part VII, Line 8 | J |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 11. Banner Bank | Mortgage (Marudo) Parat VII, Line 5 | L |
| 12. Key Bank | Mortgage (Marudo) Part VII, Line 5 | 0 |
| 13. Perez | note (Chiawana Orch) Part VII, Line 7 | J |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  AFFILIATED FUND, mutual fund | C | Dividend | | | total sale | 4/29 | N | | |
| 2.  AFFILIATED FUND, tax free (formerly A.F. mutual fund) | A | Dividend | N | T | Bought | 4/29 | N | | NOTE #1 |
| 3.  BANK OF THE WEST, YAKIMA WA (account) | A | Interest | L | T | | | | | |
| 4.  RENTAL PROPERTY, SELAH, WA. | F | Rent | O | U | | | | | |
| 5.  MARUDO ASSOCIATES (1/2 INTEREST) LAND DEVELOPMENT | G | Rent | P1 | U | | | | | |
| 6.  MCDONALD RANCH - HARRAH WA - RENTAL HOUSE | C | Rent | | | gifted | 12/19 | L | E | NOTE #2 |
| 7.  CHIAWANA ORCHARDS (1/4 int)Benton, Grant, Yakima & Franklin | H1 | Rent | P2 | U | | | | | |
| 8.  CHIAWANA, INC (1/4 INTEREST) FRUIT WAREHOUSE, YAKIMA WA | H1 | Rent | P1 | U | | | | | |
| 9.  AMERICAN EXPRESS - Common Stock | B | Dividend | M | T | | | | | |
| 10. BOEING, INC - Common Stock | C | Dividend | M | T | | | | | |
| 11. US BANKCORP - Common Stock | E | Dividend | P1 | T | | | | | |
| 12. PYPER JAFFRAY, Common Stock (spin-off of USB) | | None | K | T | Received | 12/31 | K | | |
| 13. PIERCE CO. HSG. AUTH, WASHINGTON, 12/1/14, 7.45% | A | Interest | | | Redeemed | 12/03 | J | | |
| 14. SAN FRANCISCO AIRPORT IMPR BOND, 8.5%, 11/1/09 | A | Interest | J | T | | | | | |
| 15. PIERCE CO. HSG. AUTH, WASHINGTON, 9/1/13, 6.71%, Bond | A | Interest | | | Redeemed | 9/1 | J | | |
| 16. INTERMOUNTAIN PWR AGENCY, 7/1/2008, bond | B | Interest | J | T | | | | | |
| 17. YAKIMA-TIETON MUNI. BOND, 6/1/13 Muni bond, 6.125% | A | Interest | | | Redeemed | 12/1 | J | A | |
| 18. P'SHIP, 1/3 INTEREST, YAKIMA, WA., COLD STORAGE (MPM) | F | Rent | O | U | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000.001-$5,000.000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000.000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS  – income, value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. P'SHIP, 1/2 INTEREST, YAKIMA, WA, WOOD APPLE BIN RENTALS,M&M | E | Rent | M | U | | | | | |
| 20. LEHMAN BROS. HOLDINGS, INC. common stock | A | Dividend | K | T | | | | | |
| 21. BADGER POCKET VISTA RANCH, KITTITAS CO., WASHINGTON | D | Rent | N | U | | | | | |
| 22. GREAT HALL, Cash equivalent | A | Dividend | J | T | sold | 12/03 | L | A | |
| 23. OWATONNA MN IDR SLIDELL, Muni Bond 7.375% | C | Interest | K | T | | | | | |
| 24. GOLDENDALE WA.WTR.SWR.REV.REF. 5.650%, 5/1/13,tx.free munibd– | B | Interest | K | T | | – – | | | |
| 25. TOPPENISH WA. G.O., 4.55%, 7/01/2004 Muni Bond | B | Interest | K | T | | | | | |
| 26. NUVEEN SENIOR INC FD, Common Stock | B | Dividend | K | T | | | | | |
| 27. ALTRIA GRP, Common Stock (formerly Philip Morris) | B | Dividend | M | T | Partial Sale | 4/23 | K | | |
| 28. | | | | | Bought | 6/2 | L | | |
| 29. SAFECO CORP, Common stock | B | Dividend | L | T | | | | | |
| 30. TOPPENISH WA GO B/E, Muni bond, 4.35% 12/01/04 | A | Interest | K | T | | | | | |
| 31. STERLING CAP. TR I, 9.5%, pfd stock | A | Interest | | | Redeemed | 5/16 | K | A | |
| 32. CADBURY SCHWEPPES, pfd. stock | B | Interest | J | T | | | | | |
| 33. PEOPLES PFD CAP CORP, 9.75%, pfd stock | A | Interest | | | Redeemed | 5/16 | J | C | |
| 34. COSTCO, com stock | | None | J | T | | | | | |
| 35. ROYAL DUTCH PETE CO, com stk | A | Dividend | K | T | | | | | |
| 36. GREATER BAY BANKS, pfd stk, 9% 8/31/2006 | B | Interest | K | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100.000   G = $100.001-$1,000,000   H1 = $1,000. 01-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50.000   L = $50.001-$100,000   M = $100,001-$250.000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. ALLIANCE BERNSTEIN, mutual fund. | B | Dividend | L | T | | | | | |
| 38. CHEVRON TEXACO, common stock | B | Dividend | L | T | Total Sale | 4/23 | L | | |
| 39. | | | | | bought | 6/2 | L | | |
| 40. ISTAR FINANCIAL, common stock | C | Dividend | K | T | | | | | |
| 41. PRINCIPAL FINANCIAL GROUP, common stock | A | Dividend | K | T | | | | | |
| 42. AMGEN, common stock | | None | L | T | | | | | |
| 43. ALBERTSONS, common stock | A | Dividend | | | Total Sale | 4/23 | K | | |
| 44. | | | | | Bought | 6/2 | K | | |
| 45. | | | | | Total Sale | 11/4 | K | | |
| 46. CISCO SYS, common stock | A | Dividend | J | T | | | | | |
| 47. CITIGROUP, common stock | A | Dividend | K | T | | | | | |
| 48. COCA COLA, common stock | A | Dividend | | | Total Sale | 4/23 | K | | |
| 49. GENERAL ELECTRIC, common stock | A | Dividend | K | T | | | | | |
| 50. INTEL CORP, common stock | A | Dividend | K | T | | | | | |
| 51. INTERNATIONAL BUSINESS MACHINE, common stock | A | Dividend | K | T | | | | | |
| 52. ADC TELECOMMUNICATIONS, common stock | | None | J | T | | | | | |
| 53. MUNDER NETNET-B, common stock | | None | J | T | | | | | |
| 54. MUNDER POWER PLUS, common stock | | None | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. INTRADO, common stock | | None | K | T | | | | | |
| 56. U.S. BANK, ACCOUNTS | D | div/int | P1 | T | | | | | |
| 57. MEDTRONIC, common stock | A | Dividend | K | T | Bought | 12/03 | K | | |
| 58. COHEN & STEERS, common stock | A | Dividend | K | T | Received | 12/03 | K | | NOTE #3 |
| 59. | | | | | Bought | 12/3 | J | | |
| 60. LATTICE SEMI-CONDUCTOR, common stock | | None | K | T | Bought | 11/04 | K | | |
| 61. GABELLI DIVIDEND, common stock | B | Dividend | K | T | Bought | 12/3 | K | | |
| 62. CALAMOS CONV, common stock | B | Dividend | K | T | Bought | 5/27 | K | | |
| 63. TOBACCO SETTLEMENT, WA Auth 6.5%, tax exempt bond | B | Interest | K | T | Bought | 1/24 | K | | |
| 64. AMERIVEST PPTYS, common stock | B | Dividend | K | T | Bought | 6/4 | K | | |
| 65. LORD ABBETT, tax free | D | Dividend | N | T | Bought | 4/03 | N | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |
| 69. IRA, DAIN RAUSCHER BROKERAGE ACCOUNT | E | div/int | P1 | T | | | | | |
| 70. - A/S Ekspo, pfd. stock | | | | | Total Sale | 3/20 | J | | |
| 71. - Misc. FNMA REMIC, collateralized obligation | | | | | Total Sale | 3/25 | J | | |
| 72. - Bristol Myers Squibb, common stock | | | | | Bought | 12/24 | K | | NOTE #4 |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. - Great Hall - cash equivalent | | | | | | | | | |
| 74. - Exxon Mobil Corp, common stock | | | | | Bought | 12/24 | K | | NOTE #4 |
| 75. - General Electric, common stock | | | | | Bought | 7/8 | L | | NOTE #4 |
| 76. - Pfizer, common stock | | | | | Bought | 7/8 | L | | NOTE #4 |
| 77. - Nicholas Applegate, tax fixed income bond | | | | | Bought | 3/26 | K | | NOTE #4 |
| 78. - Fidelity Advisor Ser VII Tech FD CL T, Mut Fund | | | | | | | | | |
| 79. - Nuveen Pref/conv. Fund, bond | | | | | Bought | 3/26 | J | | NOTE #4 |
| 80. - Jundt Opportunity Fd    Mutual Fund | | | | | | | | | |
| 81. - Flaherty & Crwmrine, bond | | | | | Bought | 1/28 | K | | NOTE #4 |
| 82. - Oppenheimer Strategic Income Fd, Mutual Fund | | | | | | | | | |
| 83. - US Bancorp Del, common stock | | | | | Total Sale | 7/8 | K | | |
| 84. - Safeway, Inc, com stk | | | | | Total Sale | 11/4 | J | | |
| 85. - Wells Fargo & Co., New, com stk | | | | | Total Sale | 7/8 | K | | |
| 86. - Fideltiy Adv Ser VII Finl Svcs Fd Cl T, mut fund | | | | | Total Sale | 7/8 | L | | |
| 87. - Fidelity Adv Ser VII Hlth Care Fdl Cl T, mut fund | | | | | Total Sale | 12/24 | K | | |
| 88. - Knightsbridge Tankers,   com stk | | | | | Total Sale | 3/7 | J | | |
| 89. - Govt Nat' Mtg Assn, 9%, 9/15/08, coll. obligation | | | | | | | | | |
| 90. - Boston Scientific Corp,  com stk | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000      G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:            J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000      O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                            P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal              R = Cost (Real Estate Only)   S = Assessment              T = Cash/Market
   (See Column C2)          U = Book Value             V = Other                    W = Estimated

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | |
| MCDONALD, ALAN A | | 4/15/04 |

## VII. INVESTMENTS and TRUSTS   -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - MBNA Corp, com stk | | | | | Total Sale | 7/8 | K | | |
| 92. - Medtronic, Inc., com stk | | | | | Total Sale | 12/3 | K | | |
| 93. - Merck & co, com stk | | | | | | | | | |
| 94. - Nisource Inc, com stk | | | | | | | | | |
| 95. - Jundt Mid Cap Growth Fund Cl B, mut fund | | | | | | | | | |
| 96. - Viacom, com stk | | | | | | -- -- | | | |
| 97. - Chevron Texaco, com stk | | | | | | | | | |
| 98. - Lily Eli & Co., cmn stk | | | | | | | | | |
| 99. - Greater Bay Banks, 9%, pfd stk | | | -- | - -- | | | | | |
| 100. - Fidelity Equity Value, Cl. B, mut fund | | | | | | | | | |
| 101. - Gamerica Capital - B, mut fnd | | | | | | | | | |
| 102. - Travelers PPTY Casualty, common stock | | | | | Total Sale | 7/8 | J | | |
| 103. - Tyco Intl Ltd, common stock | | | | | | | | | |
| 104. - Tyco Intl Group, fixed income | | | | -- | Total Sale | 8/1 | K | | |
| 105. - Cohen & Steers Premium, common stock | | | | | Transfer | 12/3 | K | | NOTE #5 |
| 106. - Enerplus Res Fund, common stock | | | | | | | | | |
| 107. - Chittenden Capital 8% PFD, bond | : | | | | | | | | |
| 108. - Crosstex Energy LP | | | | | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/15/04 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109.    - Markwest Energy Partners, LP | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. INVESTMENTS AND TRUSTS

NOTE #1 - Affiliated Fund, mutual fund, (line 1) was sold entirely and replaced with Affiliated Fund, tax free (line 2)

NOTE #2 - ███████ homestead (McDonald Ranch, line 6) was gifted by Quit Claim Deed to long time tenant and ███████ friend, Donald Gasperson

NOTE #3 - The Cohen & Steers common stock (line 58) was transferred out of the IRA listed in this report and deposited into individual brokerage account

NOTE #4 - Items shown at lines 72, 74, 75, 76, 77, 79 and 81 are all new purchases, however, when adding in these new investment descriptions the software randomly inserted the information, rather than placing all the new items at the end of the investment listing.

NOTE #5 - The Cohen & Steers common stock (line 105; IRA) was transferred out of the IRA and deposited into the brokerage account listed in this report; this was a portion of the required annual withdrawal from the IRA

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>MCDONALD, ALAN A | Date of Report<br><br>4/15/04 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date  April 15, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544